**James C. MCNEILL, Plaintiff—Appellant,**

v.

**Terrill PARKER; Robert D. Fountain; Eveline Faulk, R.N.; George E. Currie; William Fearns; Linwood Dunston, Defendants—Appellees.**

No. 05–6046.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2005.

Decided: July 11, 2005.

James C. McNeill, Appellant pro se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James C. McNeill appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McNeill v. Parker*, No. CA–04–691–5–CT–H (E.D.N.C. Nov. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*